# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CHARLES G. RUBEL,

    Plaintiff,

v.

JAMES GREER, SHARON ZUNKER and FERN SPRINGS,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-238-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants with prejudice.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____6/24/09_____
Date